THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
268(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 The State, Respondent,
 v.
 Travis Bellamy, Appellant.
 
 
 

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court Judge

Unpublished Opinion No. 2011-UP-221
Submitted May 1, 2011  Filed May 18, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Travis Bellamy appeals his convictions for first degree burglary and armed robbery, arguing the trial court erred in giving an
unconstitutionally coercive Allen instruction.  Additionally, Bellamy asserts numerous pro se arguments.  After a thorough review of the record
and all briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.